

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00409-CV

CITY OF PHARR
v.
GERMAN GARCIA, ANNA LEAL, DOMINGO LOPEZ JR.,
SAN JUANITA DE LA FUENTE, AND EZEQUIEL PEREZ

On Appeal from the
430th District Court of Hidalgo County, Texas
Trial Cause No. C-5232-14-J

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

December 1, 2016